UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LEONARD C. COTTON, SR.,

    Plaintiff,

    v.

CORRECTIONAL OFFICER WALTERS,

    Defendant.

Case No. 15-cv-364-JPG-DGW

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 25) of Magistrate Judge Donald G. Wilkerson recommending that the Court deny plaintiff Leonard C. Cotton, Sr.'s "Motion for Ruling of Judgment," which the Court construes as a motion for default judgment (Doc. 18). Cotton objects to the Report (Doc. 27).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Magistrate Judge Wilkerson found in the Report that defendant Eric Walter failed to meet the original deadline for responding the Cotton's complaint but satisfactorily responded before the extended deadline. Cotton objects, arguing that Walter's failure to satisfy the original response deadline entitles him to a default judgment.

The Court has reviewed the matter *de novo* and finds that Magistrate Judge Wilkerson's decision to extend the response deadline was not clearly erroneous or contrary to law. *See* Fed. R.

Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A).  Walter responded within the extended deadline, so Cotton is not entitled to entry of default or a default judgment.  Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 25);

- **OVERRULES** Cotton's objection (Doc. 27); and

- **DENIES** Cotton's motion for a default judgment (Doc. 18).

**IT IS SO ORDERED.**
**DATED:   March 21, 2016**

>                             s/ J. Phil Gilbert
>                             **J. PHIL GILBERT**
>                             **DISTRICT JUDGE**