IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LEONARD C. COTTON, SR.,

    Plaintiff,

v.

CORRECTIONAL OFFICER WALTERS,

    Defendant.

Case No. 3:15-cv-364-JPG-DGW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Count 1 (excessive force for closing the cell bars on plaintiff Leonard C. Cotton, Sr.'s wrist) is entered in favor of defendant Correctional Officer Walter and against plaintiff Leonard C. Cotton, Sr.

The remaining claims set forth in the Complaint have been severed into a separate case.

**DATED:** February 28, 2017    JUSTINE FLANAGAN, Acting Clerk of Court

    s/*Tina Gray*, **Deputy Clerk**

**APPROVED:** s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**